# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 13-00405-01-CR-W-GAF |
| RASHAWN LONG, | ) |
| Defendant. | ) |

## ORDER

Now pending before the Court are the Motions to Suppress Evidence (Docs. # 16, 19) filed by Defendant. Defendant alleges that evidence found in the vehicle must be suppressed because officers conducted an unconstitutional warrantless search of the vehicle and that evidence found on Defendant's cell phone must be suppressed because the cell phone was seized unconstitutionally.

On February 27, 2014, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing on Defendant's motions. On May 15, 2014, Judge Maughmer issued his Report and Recommendation (Doc. #28). On May 20, 2014, Defendant filed his Objections to the Report and Recommendation (Doc. #30).

Upon careful and independent review of the pending motions and suggestions in support thereof, defendant's objections to the Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motions to Suppress Evidence (Docs. #16, 19) are OVERRULED and DENIED.

SO ORDERED.

                                                   s/ Gary A. Fenner
                                                   GARY A. FENNER, JUDGE
                                                   UNITED STATES DISTRICT COURT

DATED: June 3, 2014